**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KHUONG V. WANG, | ) | No. CV 06-8228-JHN(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT HERNANDEZ (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: February 9, 2010

JACQUELINE H. NGUYEN
United States District Judge

1